UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>TELEXFREE, LLC,<br>TELEXFREE, INC. and<br>TELEXFREE FINANCIAL, INC.,<br><br>Debtors.<br>STEPHEN B. DARR AS HE IS THE TRUSTEE OF THE CHAPTER 11 ESTATES OF EACH OF THE DEBTORS,<br><br>PLAINTIFF,<br><br>v.<br><br>MARCO PUZZARINI A REPRESENTATIVE OF A DEFENDANT CLASS OF NET WINNERS,<br><br>DEFENDANTS. | Chapter 11 Cases<br><br>14-40987-MSH<br>14-40988-MSH<br>14-40989-MSH<br><br>Jointly Administered<br><br><br><br>Adversary Proceeding<br>No. 16-04007 |

## RULE 26(f) CERTIFICATION AND DISCOVERY PLAN

Pursuant to Fed. R. Civ. P. 26(f), Fed. R. Bankr. P. 7026, and M.L.B.R. 7016, Stephen Darr, as he is Trustee of the Chapter 11 Estates of TelexFree, LLC, TelexFree, Inc. and TelexFree Financial, Inc. (the "Trustee"), and Marco Puzzarini and Sandro Paulo Freitas as representatives of the Defendant Class (collectively, the "Defendants"), hereby submit the following Rule 26(f) Certification and Discovery Plan.

1. **Initial Disclosures.**

The parties participated in an initial discovery conference and discussed the likely factual and legal issues to be adjudicated in this adversary proceeding. The parties are in general agreement that resolution of this proceeding should occur in two stages. The first stage will address the Trustee's ability to establish his prima facie case for avoidance and recovery against

[margin note: 10/26/2017 The proposed discovery plan is allowed. The deadline for filing dispositive motions will be scheduled at a later date.]

1